# PD-1320-15

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**OCT 27 2015**

JOHN VINCENT CRUZ

V.

STATE OF TEXAS

Abel Acosta, Clerk

APPL Cause No.:   08-13-00297-CR
Tr. Cause No.:   20120D00741

ORDER

On October 14, 2015, John Vincent Cruz, TDCJ '1892578's Motion For Extension of Time To File Petition For Discretionary Review came on to be and it is the OPINION of this Court that said Motion should be GRANTED / DENIED,

therefore,

IT IS ORDERED that the due date to file Petition For Discretionary Review of November 5, 2015 be extended 30 days.

The new due date is December 5, 2015.

**FILED IN
COURT OF CRIMINAL APPEALS**

**OCT 29 2015**

Abel Acosta, Clerk

_____
Justice Presiding
In The Court of Criminal Appeals
of Texas

John Vincent Cruz
TDCJ #1892578

Boyd Unit
200 Spur 113
Teague, Texas 75860


October 15, 2015


Honorable Abel Acosta
Chief Deputy Clerk
Court of Criminal Appeals

P.O. Box 12308
Austin, Texas 78711


Re:     Filing of ORDER


Dear Honorable Clerk:

        Enclosed, please find Appellant's ORDER, file it with the recently
filed Motion For Extension of Time To File Petition For Discretionary Review
and bring it topthe attention of the Court for disposition.


Thank you,



Sincerely,

John Vincent Cruz
TDCJ #1932578


Cc:     File

Encl.